IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS McNALT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH EASON, et al. | : | NO. 20-5692 |

## **O R D E R**

AND NOW, this   17th day of      August, 2021, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and; Petitioner having not filed any timely objections, IT IS ORDERED that:

1.  The Report and Recommendation is APPROVED and ADOPTED.

2.  The petition for a writ of habeas corpus is DISMISSED without prejudice.

3.  There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
WENDY BEETLESTONE, J.